UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22mj04161 McAliley

IN RE SEALED COMPLAINT

_____/

FILED BY____dgj____D.C.
Dec 19, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorneys, respectfully requests that the complaint, complaint affidavit, and arrest warrant to remain sealed - - with the exception that the complaint, complaint affidavit, arrest warrant and any accompanying orders, are unsealed for the limited purpose of disclosing the existence of or disseminating the complaint, affidavit, and/or arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion, or as otherwise required for purposes of national security.   The Assistant United States Attorneys are prepared to provide further information *in camera* should the Court so require.

Date: December 19, 2022

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   /s/ *Andrea Goldbarg*
      /s/ *Monica Castro*
ANDREA GOLDBARG
MONICA K. CASTRO
Assistant United States Attorneys
Court ID A5502556
Court ID No. A5502776
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9000
Email: Andrea.Goldbarg@usdoj.gov
Email: Monica.Castro@usdoj.gov