# MINUTE ORDER

Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor    Date: 2/1/2023    Time: 2:00 p.m.

Defendant: CHRISTIAN SANON    J#: 07794-506    Case #: 22-MJ-04161-MCALILEY

AUSA: _Monica Castro + Andrew Goldberg_    Attorney: _____

Violation: CONSPIRING TO COMMIT AN OFFENSE AGAINST OR TO DEFRAUD THE UNITED STATES/SMUGGLING    Surr/Arrest Date: 1/31/2023    YOB: 1958

Proceeding: Initial Appearance    CJA Appt: _Zeljka Bozanic present_

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: _PTD_

Bond Set at: _Stip PTD with right to revisit_    Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs    Language: _English_

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
- Brady Order
- Rights
- Charges
- Sworn
- Indigent
- CJA csl appt

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

(Prelim/Arraign or) Removal: _2/15  10:00 a.m.  Duty  Miami_

Status Conference RE: _____

D.A.R. _14:07:29, 14:18:06_    Time in Court: _10 mins_

s/Alicia M. Otazo-Reyes    Magistrate Judge